UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

Charles Andrews,

                                            Plaintiff,

            -against-

City of New York, Police Officers John Doe 1-5,

                                            Defendant.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-5039 (MKB) (RER)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
        January 9, 2015

STOLL, GLICKMAN, & BELLINA, LLP
*Attorneys for Plaintiff*
475 Atlantic Avenue, 3rd Floor
Brooklyn, New York

By: _____
    Martha J Kashickey
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendant City*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Ryan G. Shaffer
    Senior Counsel

SO ORDERED:
s/ MKB 1/22/2015

_____
MARGO K. BRODIE
United States District Judge